COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES AND TRENA JOHNSON, | § | No. 08-09-00018-CV |
| Appellants, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| THE BANK OF NEW YORK, AS | § | of Dallas County, Texas |
| TRUSTEE FOR THE BENEFIT OF THE | | |
| CERTIFICATE HOLDERS, ET AL., | § | (TC#08-09653-E) |
| Appellee. | § | |

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion for determination whether the appeal should be dismissed for want of prosecution. Finding that Appellants have not filed a clerk's record or a motion for extension of time, we dismiss the appeal.

Appellants failed to file the clerk's record on February 18, 2009. On February 24, 2009, the clerk of the Court sent the parties a notice that Appellants had not filed the clerk's record or motion for extension of time. Further, the notice advised the parties of the Court's intent to dismiss for want of prosecution unless, within ten days, one of the parties responded showing grounds to continue the appeal. We were notified on February 11, 2009, by the Dallas County Clerk, that the clerk's record was prepared on January 18, 2009, but that the $45 fee had not yet been paid.

No clerk's record has been filed. This Court possesses the authority to dismiss an appeal for want of prosecution when the appellant has failed to file the clerk's record within the time prescribed because of appellant's fault, and gives no reasonable explanation for such failure. TEX.R.APP.P. 37.3(b). We have also given the Appellants a reasonable opportunity to cure the failure to file the clerk's record. *Id*. Because the Appellants failed to file the clerk's record and have not cured that

failure, we dismiss the appeal for want of prosecution pursuant to TEX.R.APP.P. 37.3(b), 42.3(b)-(c).


                                        GUADALUPE RIVERA, Justice

March 19, 2009

Before Chew, C.J., McClure, and Rivera, JJ.